IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BYRON CHARLES, M.D., )<br>)<br>         Plaintiff, )<br>)<br>    v. )<br>)<br>CHARLES GUENTHER, and DOES 1 )<br>through 10, )<br>)<br>         Defendants. )<br>_____) | 2:05-cv-02077-GEB-DAD<br><br>ORDER CONTINUING STATUS<br>(PRETRIAL SCHEDULING)<br>CONFERENCE AND RULE 4(m)<br>NOTICE |

      By Order dated October 17, 2005, a status conference was scheduled in this case for January 23, 2006.  Plaintiff filed a Status Report on January 9, 2006, in which he states he has not served any defendant and requests that because of this lack of service the status conference be continued for sixty days.  The status conference is reset to March 20, 2006, at 9:00 a.m.  In accordance with the requirements set forth in the October 17 Order, the parties shall file a Joint Status Report no later than March 6, 2006.

      If a defendant is not served by February 13, 2006, Plaintiff shall show cause in a filing due no later than 4:00 p.m. on February 27, 2006, why this action should not be dismissed because of Plaintiff's failure to serve the defendant within the 120-day time

1

1 period prescribed in Federal Rule of Civil Procedure 4(m).

3     IT IS SO ORDERED.

4 Dated:  January 12, 2006

          /s/ Garland E. Burrell, Jr.
          GARLAND E. BURRELL, JR.
          United States District Judge

2