1  DONALD J. PUTTERMAN (State Bar No. 090822)
   CONSTANCE J. YU (State Bar No. 182704)
2  SIDEMAN & BANCROFT LLP
   One Embarcadero Center, Eighth Floor
3  San Francisco, California 94111
   Telephone: (415) 392-1960
4  Facsimile: (415) 392-0827

5  Attorneys for Plaintiff
   M. BYRON CHARLES, M.D.                                    **E-FILING**
6                   **UNITED STATES DISTRICT COURT**

7                   **EASTERN DISTRICT OF CALIFORNIA**

8

9  M. BYRON CHARLES, M.D.,                  CASE NO.:  2:05-CV-02077-GEB-DAD
   an individual,
10                                           **[PROPOSED] ORDER GRANTING**
                    Plaintiff,               **MOTION OF SIDEMAN & BANCROFT**
11                                           **LLP FOR AN ORDER TO BE RELIEVED**
        v.                                   **AS COUNSEL OF RECORD**
12
   CHARLES GUENTHER, an individual, and      **[REVISED JUNE 12, 2007]**
13 DOES 1 THROUGH 20, inclusive,

14                  Defendants.              Hearing Date:   June 11, 2007
                                             Time:           9:00 am
15                                           Dept.:          Courtroom 10
                                             Judge: Hon. Garland E. Burrell
16

17     The Motion of Sideman & Bancroft LLP for an Order to be Relieved as Counsel of

18 Record ("Motion") came on regularly for hearing on June 11, 2007 at 9:00 a.m. in Courtroom 10

19 of the above-entitled Court, the Honorable Garland E. Burrell presiding.  Sideman & Bancroft

20 has also submitted the Declarations of Sanna R. Singer and Constance J. Yu, which, among other

21 things, indicates that all  of the parties to this action have been notified that Sideman & Bancroft

22 will be applying to be relieved as counsel for Plaintiff M. Byron Charles, M.D. ("Dr. Charles"),

23 and that good cause exists for withdrawal under California Rules of Professional Conduct 3-

24 700(C)(1)(d) and (f), and *Darby v. City of Torrance, et al.*, 810 F. Supp. 275, 276 (C.D. Cal.

25 1992).  This matter having been fully considered and good cause having been shown,

26     **IT IS HEREBY ORDERED THAT:**

27     1.     Sideman & Bancroft may withdraw as counsel for Dr. Charles in this action.

28                                                1                    Case No. 2:05-CV-02077-GEB-DAD
   [PROPOSED] ORDER GRANTING MOTION OF SIDEMAN & BANCROFT LLP FOR AN ORDER TO BE
                    RELIEVED AS COUNSEL OF RECORD [REVISED JUNE 12, 2007]

1       2.      All further notices may be served on Dr. Charles at: 191 North Sunset Drive, Maryville, Missouri 64468.  The telephone number designated by Dr. Charles for notice purposes is (660) 562-2223.

        3.      Dr. Charles is required to give notice, in writing, to all parties and to the Court of any change in his contact information.

DATED: June 12, 2007

6542\357386v1

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

2   Case No. 2:05-CV-02077-GEB-DAD
[PROPOSED] ORDER GRANTING MOTION OF SIDEMAN & BANCROFT LLP FOR AN ORDER TO BE RELIEVED AS COUNSEL OF RECORD [REVISED JUNE 12, 2007]