IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M. BYRON CHARLES, M.D., ) | 2:05-cv-2077-GEB-DAD |
| ) | |
| Plaintiff, ) | |
| ) | ORDER |
| v. ) | |
| ) | |
| CHARLES GUENTHER, ) | |
| ) | |
| Defendant. ) | |

    This action is referenced to the assigned magistrate judge under Local Rule 72-302(c)(21).

Dated: June 28, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge