1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   M. BYRON CHARLES, M.D.,

11              Plaintiff,                    2:05-cv-2077-GEB-DAD-PS

12        vs.

13   CHARLES GUENTHER,

14              Defendant.              ORDER

15   _____/

16              Plaintiff, proceeding pro se, filed the above-entitled action.  The matter was

17   referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

18              On October 2, 2007, the magistrate judge filed findings and recommendations

19   herein which were served on the parties and which contained notice to the parties that any

20   objections to the findings and recommendations were to be filed within ten days.  No objections

21   to the findings and recommendations have been filed.

22              The court has reviewed the file and finds the findings and recommendations to be

23   supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

24   ORDERED that:

25   /////

26   /////

                                          1

1.  The findings and recommendations filed October 2, 2007, are adopted in full;

2.  Defendant's July 18, 2007 amended motion for summary judgment is granted; and

3.  This action is dismissed with prejudice.

Dated:  November 29, 2007

GARLAND E. BURRELL, JR.
United States District Judge

2